IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lisa Anne-Marie Parker, | Case No.: 23-cv-15884 |
| Plaintiff, | Judge John F. Kness |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants 114 HeZeFengGangWang, 135 WENY Store, 129 LIU Clothes Store, and 118 onfine Co. ltd ("Defendants" hereinafter), by and through the undersigned counsel, hereby move for an extension of twenty-one days from <u>March 26, 2024 to respond to the Complaint (D.E. 1), through and including April 16, 2024</u>, and in support thereof state as follows:

1. On November 13, 2023, Plaintiff filed its Complaint. (D.E. 1).

2. On March 5, 2024, Plaintiff reported Return of Service. (D.E. 25).

3. Defendants have only recently retained counsel and requires additional time to review the facts and law in the instant case before drafting a responsive pleading.

4. Defendant has not previously requested an extension from this Court.

5. Defendants' counsel has contacted Plaintiff's counsel via email who is unopposed to the relief requested.

6. Good cause exists to grant this motion. Defendants' request for additional time to respond to the Complaint in this motion is not intended to cause undue delay. Moreover, no party will be prejudiced by the relief requested herein.

**WHEREFORE**, Defendants respectfully request that the Court grant this motion and extend the time for Defendants to respond to the Complaint for twenty-one days from <u>March 26, 2024 to respond to the Complaint (D.E. 1), through and including April 16, 2024</u>, and grant such further relief as the Court deems just and proper.

Respectfully submitted this 27th day of March, 2024.

By: <u>/s/ Michael T. Stanley</u>

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: mstanley@fordbanister.com
Attorney for Defendants