**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15884

Judge John F. Kness

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 53 | Xcake Lcook |
| 22 | CANAFA |
| 24 | KAIHSD |
| 39 | cyerlproo |
| 73 | YFULL |
| 161 | Yingfei Store |
| 16 | Bsxgse |
| 4 | BBZUI |
| 1 | Amazn Basics |
| 71 | chiyunfeikeji |
| 18 | ihtha |
| 7 | Clearance Sale Save 90% Rellion |
| 12 | TUNKENCE（7-14 days delivery） |
| 37 | VEFSU |
| 40 | KJGH |
| 47 | BPIgslllaa |
| 44 | FLU~KELINFONG |
| 62 | AllAboutEmbroideryUA |
| 27 | YXmall - 15 Days Quick Delivery |

1

| | |
|---|---|
| 13 | ATongqu（Delivered in 7-15 days） |
| 21 | Mavonna |
| 23 | Mounianmtmy |
| 25 | Regretfully |
| 26 | Tanhend |
| 31 | BeeRicps |
| 32 | Terycolus |
| 33 | HuenFon(Fast Delivery 7 - 15 Days) |
| 34 | Linfupeo-Fast Delivery(7-15 Days) |
| 45 | Terfod |
| 5 | DDLBiz |
| 160 | Chong |
| 52 | hjgjhgf |
| 194 | JIAYUGONGYI |
| 184 | Favorite gift |
| 87 | vovofine Co., LTD |
| 119 | Yang Clothing Store |
| 76 | Hj Smple |
| 79 | Household department store |
| 85 | Yutaosen |
| 89 | YBR Clothing |
| 104 | Hn Smart |
| 108 | Enco |
| 109 | ZhengHE |
| 120 | ASFHML |
| 121 | WNG |
| 128 | LBECLEY Clothing |
| 149 | Snow M |
| 153 | Lightmans Clothing |
| 67 | AoNaiWangLuoKeJi |
| 51 | chengdudangcibokejiyouxiangongsi1 |
| 58 | fdf845 |
| 80 | Kids And Adult Clothing |
| 81 | 7-14 Days Delivery |
| 155 | Mittory Company |
| 156 | Puhuiying |
| 157 | Daiosportswear |
| 158 | Amacok |
| 159 | TXFQZL |
| 171 | CHGBMOK |
| 176 | WQQZJJ |
| 178 | Airpow |
| 179 | kidunj |
| 180 | JeashCHAT |

| | |
|---|---|
| 181 | Herrnalise |
| 78 | Starstyle |
| 68 | Dmland |
| 164 | Trayknick |
| 167 | Manwang |
| 168 | Yukely |
| 169 | Sharpstar |
| 170 | sukeyuan |
| 174 | Waroomhouse |
| 166 | Qianha Mall |

DATED:  April 9, 2024　　　　　　　　Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt