IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:23-cv-15884

Judge John F. Kness

Magistrate Judge M. David Weisman

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 55 | skyiohu |
| 77 | CICRKHB |
| 83 | HSGTRH |
| 84 | Koudehua womens clothes |
| 86 | Yu Mei Department |
| 88 | Me LLC |
| 92 | LINNAO Ltd |
| 95 | DiManFeng Inc |
| 97 | DFERTY CO.Ltd |
| 99 | Cloudedge Fushi |
| 101 | hooplkongol |
| 102 | Hemlock |
| 105 | Pld LLC |
| 106 | MingXinBao Co.Ltd |

1

| | |
|---|---|
| 110 | befightstore |
| 111 | Yifeng Co. Ltd |
| 112 | YOUlIAN Co.Ltd |
| 113 | mveomtd |
| 115 | Fattazi |
| 116 | CAKVIICA |
| 122 | Timerunfa |
| 123 | Vinsonshop |
| 124 | Xuehua |
| 125 | HuiRuMao Co.Ltd |
| 126 | Beppter Learning |
| 127 | hooemook |
| 130 | NIUGUANDE Co.Ltd |
| 132 | Fubaihong Co.Ltd |
| 136 | Jluckiy |
| 138 | denetytres |
| 139 | ShengQing Co.Ltd |
| 140 | WANYNG INC |
| 142 | Hoyonono |
| 143 | MPWEGNP |
| 144 | Sagestore |
| 145 | Sebtyili INC |
| 146 | Sunhillsgrace.Co. Ltd |
| 148 | Ryawan |
| 150 | Good Life Co.Ltd |
| 151 | Fighty |
| 152 | Miayilima Clothing Co.,Ltd |
| 154 | Mocelyn |
| 82 | HeyM Co.Ltd |
| 198 | Yanzi Process Production Facto |
| 20 | choola(arrive in 7-12 days) |
| 189 | Di ball department |
| 30 | FUDAO-US |

| | |
|---|---|
| 197 | LYLL |
| 190 | Ivan Automotive |
| 193 | Ruifeng Industry and Trade |
| 114 | HeZeFengGangWang |
| 135 | WENY Store |
| 59 | PLATYCO Jewelry |

DATED: April 18, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt