IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA ANNE-MARIE PARKER,<br><br>            Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>            Defendants. | No. 23-cv-15884<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff LISA ANNE-MARIE PARKER ("Parker" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Parker's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-362-487; VA 2-362-561; VA 2-360-752; VA 2-361-763; VA 2-362-237; VA 2-360-753; VA 2-358-968; VA 2-358-809; VA 2-360-656; VA 2-358-764; VA 2-360-754; VA 2-360-657; VA 2-360-756; VA 2-362-565; VA 2-360-519; VA 2-358-812; VA 2-358-831; VA 2-358-967; VA 2-362-562; VA 2-358-767; VA 2-358-819; VA 2-360-653; VA 2-361-722; VA 2-360-538; VA 2-361-553; VA 2-360-660; VA 2-358-817; VA 2-358-813; VA 2-360-474; VA 2-361-566; VA 2-361-600; and VA 2-360-712 (the "Lisa Parker Works") to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Lisa Parker Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lisa Parker product or not authorized by Parker to be sold in connection with the Lisa Parker Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lisa Parker product or any other product produced by Parker, that is not Parker's or not produced under the authorization, control, or supervision of Parker and approved by Parker for sale under the Lisa Parker Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Parker, or are sponsored by, approved by, or otherwise connected with Parker; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Parker, nor authorized by Parker to be sold or offered for sale, and which bear any of Parker's copyrights, including the Lisa Parker Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online

marketplace platforms such as Amazon Payments, Inc. ("Amazon") Temu, LLC ("Temu"), Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Lisa Parker Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lisa Parker Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Lisa Parker product or not authorized by Parker to be sold in connection with the Lisa Parker Works.

3. Upon Parker's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Lisa Parker Works.

4. Under 17 U.S.C. § 504(c)(2), Parker is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand ($50,000) for willful use of infringing Lisa Parker Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart are hereby released to Parker as partial payment of the above-identified damages, and Third Party Providers, Amazon, Temu, and Walmart are ordered to release to Parker the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Parker has recovered full payment of monies owed to it by any Defaulting Defendant, Parker shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8. In the event that Parker identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Parker may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Parker and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

**This is a Final Judgment**.

SO ORDERED in No. 24-cv-15884.

Date: May 13, 2024

JOHN F. KNESS
United States District Judge

5

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | ████████ |
| 2 | kaiyangsd |
| 3 | HighLightt |
| 4 | ████████ |
| 5 | ████████ |
| 6 | Neccisity |
| 7 | ████████ |
| 8 | WANEIW |
| 9 | bech-lukali |
| 10 | Guolarizi |
| 11 | COOH-US |
| 12 | ████████ |
| 13 | ████████ |
| 14 | Miakty ✈ (Fast delivery 6-14 days) |
| 15 | Aadiju& 7-18 days on transportation time |
| 16 | ████████ |

6

| | |
|---|---|
| 39 | |
| 40 | |
| 41 | wqczjuylop |
| 42 | Qistubay |
| 43 | YinHuaYU |
| 44 | |
| 45 | |
| 46 | KUBSHYVC |
| 47 | |
| 48 | iduejhdhdh |
| 49 | YangYuLeZhiJiangShiKangQuShangMaoYouXianGongSi |
| 50 | Zhengruus |
| 51 | |
| 52 | |
| 53 | |
| 54 | yueyizd |
| 55 | |
| 56 | Viking Jewelry |
| 57 | PNJGoldent |
| 58 | |
| 59 | |
| 60 | losea |
| 61 | wenzhoushixueximaoyiyouxiangongsi |
| 62 | |
| 63 | |
| 64 | wuhushijinghuquxingmodianzishangwugongzuoshi |
| 65 | Exquisite Life Shop |
| 66 | chenlgan |
| 67 | |
| 68 | |
| 69 | LavernPrint |
| 70 | Ananas Pru Store |
| 71 | |
| 72 | ShanXiYaSuoDianZiShangWuYouXianGongSi |
| 73 | |
| 74 | AmazAmanda shop |
| 75 | Jolayla |
| 76 | |
| 77 | |
| 78 | |
| 79 | |

| | |
|---|---|
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | BOTE LLC |
| 91 | Audrey Beauty |
| 92 | |
| 93 | Jane Rabbit Co. ltd |
| 94 | Fashion Beauty |
| 95 | |
| 96 | MMolecule |
| 97 | |
| 98 | MJN Store |
| 99 | |
| 100 | PProton |
| 101 | |
| 102 | |
| 103 | Well Happiness.LLC |
| 104 | |
| 105 | |
| 106 | |
| 107 | Home In Home |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |
| 115 | |
| 116 | |
| 117 | HAOLISHUN |
| 118 | |
| 119 | |

| | |
|---|---|
| 120 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |
| 127 | |
| 128 | |
| 129 | |
| 130 | |
| 131 | Otime |
| 132 | |
| 133 | SEMIMAY INC |
| 134 | TOY-YOT |
| 135 | |
| 136 | |
| 137 | Mishuowoti |
| 138 | |
| 139 | |
| 140 | |
| 141 | chike |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | |
| 147 | xinlingyu |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | |
| 160 | |

| | |
|---|---|
| 161 | |
| 162 | Chao's Choice Co.ltd |
| 163 | Honrane |
| 164 | |
| 165 | ZRUODWANS |
| 166 | |
| 167 | |
| 168 | |
| 169 | |
| 170 | |
| 171 | |
| 172 | Hobeauty |
| 173 | Bobasndm |
| 174 | |
| 175 | Cherryhome |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 181 | |
| 182 | jangslng |
| 183 | |
| 184 | |
| 185 | Picky Jewelry |
| 186 | Unique Gift |
| 187 | HJL Auto Perfume |
| 188 | Waking hours |
| 189 | |
| 190 | |
| 191 | Li Nan |
| 192 | XEISY SHOP |
| 193 | |
| 194 | |
| 195 | Mew |
| 196 | Life is a mirror |
| 197 | |
| 198 | |
| 199 | Basket House |
| 200 | Valiant |